IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re . . .**<br>**Indictment** | ) Criminal No.    5:24-CR-347 (DNH)<br>)<br>) **Government's Unsealing Application**<br>)<br>)<br>)<br>)<br>) |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the following document: Indictment filed on August 14, 2024 as to defendant Lamar Stanford in Criminal Number 5:24-CR-347 (DNH). The reason(s) provided for the sealing of such document are no longer applicable.

Dated: October 3, 2024

                                              CARLA B. FREEDMAN
                                              United States Attorney

By:    */s Jessica Carbone*
        Jessica Carbone
        Assistant United States Attorney
        Bar Roll No. 703490